1  ANDREW H. BAKER, SBN 104197
   BEESON, TAYER & BODINE, APC
2  1404 Franklin Street, 5th Floor
   Oakland, CA 94612-3208
3  Telephone:    (510) 625-9700
   Facsimile:    (510) 625-8275
4  Email:        abaker@beesontayer.com»

5

   Attorneys for Plaintiff
6  Teamsters Local 85

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         AT SAN FRANCISCO

11 | TEAMSTERS LOCAL 85,              | Case No. C-08-01720 SC

12 |                       Plaintiff, | **PROOF OF SERVICE OF SUMMONS,**
                                      | **COMPLAINT, ORDER SETTING INITIAL**
13 |                  v.              | **CASE MANAGEMENT CONFERENCE,**
                                      | **AND OTHER COURT DOCUMENTS**
14 | BANANA PEEL PRODUCTIONS,

15 |                       Defendant.

16

17

[lines 18–28 blank]

PROOF OF SERVICE                                                    84758.doc
Case No. C-08-01720 SC

AO 440 (Rev. 03/08) Civil Summons

E-filing

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 85 ) <br> Plaintiff ) <br> v. ) <br> BANANA PEEL PRODUCTIONS ) <br> Defendant ) | Civil Action No. <br><br> C08-01720 SC |

**Summons in a Civil Action**

To:  BANANA PEEL PRODUCTS
        *(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Andrew H. Baker, SBN 104197
BEESON, TAYER & BODINE
1404 Franklin Street, 5th Floor
Oakland, CA  94612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: MAR 3 1 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| Attorney or Party without Attorney: <br> ANDREW H. BAKER, SBN 104197 <br> BEESON, TAYER & BODINE, APC <br> 1404 FRANKLIN ST., 5TH FLOOR <br> OAKLAND, CA 94612 <br> Telephone No: 510.625.9700    FAX No: 510.625.8275 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff, Teamsters Local Union No. 85 | Ref. No. or File No.: <br> 1312-0106 | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | | | | |
| Plaintiff: TEAMSTERS LOCAL UNION NO. 85 | | | | |
| Defendant: BANANA PEEL PRODUCTIONS (AKA BANANA PEEL ENTERTAINMENT) | | | | |
| **PROOF OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C08-01720 SC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT TO COMPEL ARBITRATION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; BLANK NOTICE OF NEED FOR ADR PHONE CONFERENCE (ADR L.R. 3-5); ADR CERTIFICATION; NOTICE TO ALL ATTORNEYS; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DISPUTE RESOLUTION PROCEDURES

3. a. Party served:           BANANA PEEL PRODUCTIONS (AKA BANANA PEEL ENTERTAINMENT)
   b. Person served:         AARON ARGANDONA - ASSISTANT MANAGER, FED-EX KINKO'S, AUTHORIZED TO ACCEPT

4. Address where the party was served:   2443 FILMORE ST., #531
                                         SAN FRANCISCO, CA 94115

5. I served the party:
   b. **by substituted service.** On: Fri., May. 09, 2008 at: 3:00PM by leaving the copies with or in the presence of:
      AARON ARGANDONA - ASSISTANT MANAGER, FED-EX KINKO'S, AUTHORIZED TO ACCEPT
   (1) **(Business)** Person in charge over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER                                    d. *The Fee* for Service was:
   
   First Legal Support Services                         e. I am: (3) registered California process server
   ATTORNEY SERVICES                                          (i)   Independent Contractor
   1138 HOWARD STREET                                         (ii)  Registration No.:    190
   San Francisco, CA 94103                                    (iii) County:              Marin
   (415) 626-3111, FAX (415) 626-1331

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, May. 20, 2008

                                                                              (DOUG SCHROEDER)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL                           0418143 .beeta-sf.133935

| Attorney or Party without Attorney:<br>ANDREW H. BAKER, SBN 104197<br>BEESON, TAYER & BODINE, APC<br>1404 FRANKLIN ST., 5TH FLOOR<br>OAKLAND, CA 94612 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 510.625.9700    FAX No: 510.625.8275 | | | | |
| Attorney for: Plaintiff | Ref. No or File No.:<br>1312-0106 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: TEAMSTERS LOCAL UNION NO. 85 | | | | |
| Defendant: BANANA PEEL PRODUCTIONS (AKA BANANA PEEL ENTERTAINMENT) | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-01720 SC |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT TO COMPEL ARBITRATION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; BLANK NOTICE OF NEED FOR ADR PHONE CONFERENCE (ADR L.R. 3-5); ADR CERTIFICATION; NOTICE TO ALL ATTORNEYS; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DISPUTE RESOLUTION PROCEDURES

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Fri., May. 09, 2008
   b. Place of Mailing:        SAN FRANCISCO, CA 94103
   c. Addressed as follows:    BANANA PEEL PRODUCTIONS (AKA BANANA PEEL ENTERTAINMENT)
                               2443 FILMORE ST., #531
                               SAN FRANCISCO, CA 94115

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., May. 09, 2008 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                                          d. *The Fee* for Service was:
   b. FIRST LEGAL SUPPORT SERVICES                          e. I am: (3) registered California process server
      1138 HOWARD STREET                                        (i)   Independent Contractor
      SAN FRANCISCO, CA 94103                                   (ii)  Registration No.:   2008-0001044
   c. 415-626-3111                                              (iii) County:             San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Tue, May. 20, 2008

                                                                            (AARON DANIEL)
                                                                            6418143  .beeta-sf.133935

   Judicial Council Form                    PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail