1  ANDREW H. BAKER, SBN 104197
   BEESON, TAYER & BODINE, APC
2  1404 Franklin Street, 5th Floor
   Oakland, CA  94612-3208
3  Telephone:     (510) 625-9700
   Facsimile:      (510) 625-8275
4  Email:            abaker@beesontayer.com»

Attorneys for Plaintiff
Teamsters Local 85

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT SAN FRANCISCO

| TEAMSTERS LOCAL 85, | Case No. C-08-01720 SC |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| BANANA PEEL PRODUCTIONS, | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  July 2, 2008                                                BEESON, TAYER & BODINE, APC

                                                                    By:     /s/Andrew H. Baker
                                                                            ANDREW H. BAKER
                                                                    Attorneys for Teamsters Local 85

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                                        88040.doc
Case No. C-08-01720 SC