**United States District Court**
For the Northern District of California

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE NORTHERN DISTRICT OF CALIFORNIA

3  TEAMSTERS LOCAL UNION NO. 85,

4         Plaintiff(s),

5    v.                                         No.  C-08-1720-SC

6  BANANA PEEL PRODUCTIONS,

7         Defendant(s).                         Clerk's Notice
   _____/

8

9

10  YOU ARE NOTIFIED THAT  the  Case Management Conference scheduled for July 11, 2008

11  at 10:00 A.M.  before the Honorable Samuel Conti  is  **OFF CALENDAR.**

12

13

14  Dated:     July 9, 2008                     FOR THE COURT,

15                                              Richard W. Wieking, Clerk

16

17                                              By: T. De Martini
                                                    Courtroom Deputy Clerk
18

19

20

21

22

23

24

25

26

27

28