```
1   ANDREW H. BAKER, SBN 104197
    BEESON, TAYER & BODINE, APC
2   1404 Franklin Street, 5th Floor
    Oakland, CA 94612-3208
3   Telephone:   (510) 625-9700
    Facsimile:   (510) 625-8275
4   Email:       abaker@beesontayer.com»

5
    Attorneys for Plaintiff
6   Teamsters Local 85

7
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AT SAN FRANCISCO

| TEAMSTERS LOCAL 85, | Case No. C-08-01720 SC |
|---|---|
| Plaintiff, | **EX PARTE APPLICATION FOR ORDER SETTING STATUS CONFERENCE AND ~~PROPOSED~~ ORDER** |
| v. | |
| BANANA PEEL PRODUCTIONS, | |
| Defendant. | |
| | Complaint Filed:   March 31, 2008<br>Trial Date:        None set |

   This matter was originally calendared for a Case Management Conference on July 11, 2008. After Plaintiff filed its Case Management Conference Statement advising the Court that Plaintiff planned to file for default judgment, the Court by Clerk's Notice dated July 9, 2008, took the Case Management Conference off calendar.

   On July 10, 2008, Defendant's counsel responded to Plaintiff's letter advising of its intent to file for default. Defendant requested additional time to investigate Plaintiff's claim that it had effected valid service on Defendant. Since that time, the parties have entered into settlement negotiations which remain ongoing, and Plaintiff has postponed filing its request for default.

   In light of these circumstances, Plaintiff requests the Court to calendar this matter for a status conference to be held in the event the matter is neither settled nor disposed of through default. The

1  Court's clerk has advised Plaintiff that November 14, 2008, is a date available for such conference,
2  and Plaintiff requests the matter be calendared for a status conference on that date.

Dated: August 7, 2008                           BEESON, TAYER & BODINE, APC


                                                By:  /S/ Andrew H. Baker
                                                     ANDREW H. BAKER
                                                Attorneys for Teamsters Local 85


       Good cause appearing therefore, this matter shall be set for status conference at 10:00 a.m. on
November 14, 2008, in Courtroom One.

**SO ORDERED.**

Dated: August 11, 2008                          _____
                                                IT IS SO ORDERED
                                                Judge Samuel Conti